IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WYATT & WYATT, P.C. § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-99-199 |
| THE MARKAM GROUP, INC., P.S. § | |
| AND § | |
| MARK D. KAMITOMO § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's Order, below is a list of the parties known to Plaintiff, Wyatt & Wyatt, P.C., to be financially interested in this litigation:

Mr. Robert Wyatt
Ms Paula Wyatt
Wyatt & Wyatt, P.C., Plaintiff
Represented by White, Huseman & Pletcher

Wyatt Lawfirm, Ltd.

Mr. Rex Blackburn

The Markam Group, Inc., P.S., Defendant
Mark D. Kamitomo, Defendant
Represented by Royston, Rayzor, Vickery & Williams, LLP

Respectfully submitted,

WHITE, HUSEMAN & PLETCHER
2100 The 600 Building
Corpus Christi, Texas 78473
(361) 698-3100
Fax (361) 883-0210

By: _____
VAN HUSEMAN
Admission No. 1167
State Bar No. 10323500

## CERTIFICATE OF SERVICE

  I do hereby certify that a true and correct copy of the foregoing was forwarded this 24th day of June, 1999, by certified mail, return receipt requested, to the following:

**CM/RRR# Z 159 361 904**
Mr. Keith N. Uhles and
Ewing E. Sikes, III
Royston, Rayzor, Vickery & Williams, LLP
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509

**VAN HUSEMAN**