IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 09 1999

Michael N. Milby, Clerk

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. <u>C-99-199</u> |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

## DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Defendants, The Markam Group, Inc., P.S. and Mark D. Kamitomo and file this their Certificate of Disclosure of Interested Parties and would respectfully show unto the Court the following:

The following parties are interested in the outcome of this litigation:

1. Wyatt & Wyatt, P.C.

   4825 Everhart Road

   Corpus Christi, TX  78411


2. The Markam Group, Inc., P.S.

   421 W. Riverside, Suite 1060

   Spokane, WA  99201


3. Mark D. Kamitomo

   421 W. Riverside, Suite 1060

   Spokane, WA  99201

10.

4.    Van Huseman - Attorney for Plaintiff

      White, Huseman & Pletcher

      600 Leopard Street, Suite 2100

      Corpus Christi, TX 78473

      Telephone:    (361) 883-3563

      Telecopier:   (361) 883-0210

5.    Keith N. Uhles - Attorneys for Defendants

      Ewing E. Sikes, III

      Royston, Rayzor, Vickery & Williams, L.L.P.

      55 Cove Circle

      Brownsville, TX 78521

      Telephone:    (956) 542-4377

      Telecopier:   (956) 542-4370

6.    Rex Blackburn

      Evans, Keane, L.L.P.

      1101 W. River St., Suite 200

      Boise, ID 83701-0959

      Telephone:    (208) 384-1800

      Telecopier:   (208) 345-3514

7.    Raquel O. and Jose L. Rodriguez

      Cameron County, Texas

8. Roman D. Esparza

   Attorney Ad Litem for

   Jose L. Rodriguez

   Rentfro, Faulk & Blakemore

   185 E. Ruben Torres Blvd.

   Brownsville, Texas 78520

   Telephone: (956) 541-9600

   Telecopier: (956) 541-9695

                Respectfully submitted,

                */s/ Keith N. Uhles*

                Keith N. Uhles
                Federal I. D. No. 1936
                State Bar of Texas No. 20371100
                Ewing E. Sikes, III
                Federal I.D. No. 19534
                State Bar of Texas No. 00794631
                Attorneys for Defendants,
                **THE MARKAM GROUP INC., P.S. and**
                **MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas   78523-3509
Telephone:     (956) 542-4377
Telecopier:    (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was sent, via **CERTIFIED MAIL-RRR** to opposing counsel this ____ day of July, 1999, as follows:

Hon. Van Huseman
Hon. Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

c \file\EES\45437\PARTIES(3)                                                                 PAGE 4