United States District Court
Southern District of Texas
FILED

JUL 1 2 1999

MICHAEL N. MILBY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WYATT & WYATT, P.C. § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-99-199 |
| THE MARKAM GROUP, INC., P.S. § | |
| AND § | |
| MARK D. KAMITOMO § | |

**PLAINTIFF, WYATT & WYATT, P.C.'S NOTICE OF INITIAL DISCLOSURE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, Wyatt & Wyatt, P.C., through the undersigned counsel, and in accordance with the Civil Justice Expense and Delay Reduction Plan of the United States District Court for the Southern District of Texas, hereby notified the Court that on July 12, 1999, it forwarded its Initial Disclosure to opposing counsel of record in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

WHITE, HUSEMAN & PLETCHER
2100 The 600 Building
Corpus Christi, Texas 78473
(361) 698-3100
Fax (361) 883-0210

By: _____
VAN HUSEMAN
Admission No. 1167
State Bar No. 10323500
ATTORNEYS FOR PLAINTIFF
WYATT & WYATT, P.C.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been forwarded to opposing counsel of record pursuant to the Federal Rules of Civil Procedure on July 12, 1999.

_____
VAN HUSEMAN