IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG - 3 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| vs. | § | C.A. NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., ET AL. | § | |

**NOTICE OF INTENTION TO STRIKE PLEADING**

Notice is given that the pleading entitled Defendants, the Markam Group, Inc., P.S. and Mark D. Kamitomo's Response to Plaintiff's Motion to Remand" filed on July 14, 1999, will be struck for deficiencies unless correction occurs within seven (7) days. The Local Rules of the United States District Court for the Southern District of Texas require that motions and responses to motions shall be accompanied by a separate proposed order granting the relief requested and setting forth information sufficient to communicate the nature of the relief granted [L.R. 6.A.3 & 6.E.4].

~~Because this document may be struck, it is not before the Court and will not be considered. It is the duty of all who appear~~ before this Court to be familiar with the Local ~~Rules and to follow them. It is inefficient and expensive for the parties and for the Court when the Local Rules are disregarded, because the Court must strike the pleadings to~~ enforce ~~its rules [L.R.3.M].~~

ORDERED this ____ day of _____, 1999.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE