# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Wyatt & Wyatt, P.C., | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | 17. |
| v. | § | C.A. NO. C-99 cv 199 |
| | § | |
| The Markam Group, Inc., P.S., and Mark | § | |
| Kamitomo, | § | |
| | § | |
| Defendant(s). | § | |

## ORDER

Defendants fail to establish facts justifying transfer of venue. Hence, Defendants' Motion to Transfer Venue (DE 9) is DENIED.

The parties are ordered to mediate their disputes within 30 days. A representative of each party with full authority to settle the case, in addition to counsel, shall be present at the mediation.

ORDERED this _17_ day of _____, 1999.

H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE