United States District Court
Southern District of Texas
FILED

OCT 15 1999

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**DEFENDANTS', THE MARKAM GROUP, INC., P.S. AND
MARK D. KAMITOMO, UNOPPOSED MOTION TO RECONSIDER
<u>THE COURT'S PREVIOUS ORDER TO MEDIATE</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Defendants, THE MARKAM GROUP, INC. P.S. and MARK D. KAMITOMO, and file this their unopposed motion to reconsider the court's previous order to mediate and would more fully show as follows:

I.

This honorable court denied defendants' motion to transfer venue on September 17, 1999. In said order, the court also ordered the parties to mediate this dispute within thirty (30) days requiring a representative of each party with full authority to settle the case in addition to counsel to be present at the mediation. Defendants now ask this court to reconsider its order ordering the parties to mediation within thirty (30) days and rule instead that mediation does not neet to take place at the present time. In this regard, defendants note that informal settlement discussions have been ongoing throughout the litigation, but the parties are not close to settling this matter. In addition, only written discovery has been exchanged and defendants anticipate that additional

45437:892089.1:101499

1

discovery such as depositions may need to take place. Finally, defendant Mark Kamitomo resides in the State of Washington and it will be inconvenient for him to travel to South Texas to mediate this case when there is an unrealistic chance of settlement at the present time.

WHEREFORE, PREMISES CONSIDERED, Defendants THE MARKAM GROUP, INC., P.S. and MARK D. KAMITOMO, ask the court to reconsider its order for the parties to mediate this case within 30 days and rule instead that mediation does not take place at the present time and for such other and further relief as to what the parties may be justly entitled.

Respectfully submitted,

*Eddie Sikes*

Keith N. Uhles
Federal I. D. No. 1936
State Bar of Texas No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar of Texas No. 00794631

Attorneys for Defendants,
**THE MARKAM GROUP INC., P.S. and MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas   78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370

45437:892089.1:101499

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was forwarded via **CERTIFIED MAIL - RRR** on this 14th day of OCTOBER, 1999, as follows:

Van Huseman
Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473

*Eddie Sikes*
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF CONSULTATION

I, EWING E. SIKES, III, certify I have conferred with Cliff Gordon of White, Huseman & Pletcher, Attorneys for Plaintiff, and he has indicated that plaintiffs are unopposed to Defendant's The Markam Group, Inc., P.S. and Mark D. Kamitomo, Unopposed Motion to Reconsider The Court's Previous Order to Mediate.

*[signature: Eddie Sikes]*

Ewing E. Sikes, III

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**ORDER GRANTING DEFENDANTS', THE MARKAM GROUP, INC. P.S. AND MARK D. KAMITOMO, UNOPPOSED MOTION TO RECONSIDER THE COURT'S PREVIOUS ORDER TO MEDIATE**

On the _____ day of _____, 1999, this Court considered Defendants', The Markam Group, Inc., P.S. and Mark D. Kamitomo, Unopposed Motion to Reconsider the Court's Previous Order to Mediate. After reviewing all the pleadings and documents on file, this court is of the opinion that defendants' motion to reconsider mediation is hereby GRANTED. Accordingly, the court determines that the matter is not yet ripe for mediation and that the parties should not be required to mediate the case at the present time as has previously been ordered. It is therefore,

ORDERED, ADJUDGED and DECREED that the parties do not have to engage and/or participate in mediation as had previously been ordered.

ORDERED this _____ day of _____, 1999.

_____
UNITED STATES DISTRICT JUDGE

45437:892089.1:101499

COPIES TO:

Keith N. Uhles
Ewing E. Sikes, III
Royston, Rayzor, Vickery & Williams
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509

Van Huseman
Cliff Gordon
White, Huseman & Pletcher
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473

45437:892089.1:101499

-2-