IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 27 1999

Michael N. Milby, Clerk of Court

19.

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § § | |
| VS. | § § | CIVIL ACTION NO. C-99-199 |
| THE MARKAM GROUP, INC., P.S. AND MARK D. KAMITOMO | § § § | |

### ORDER *Partially* GRANTING DEFENDANTS', THE MARKAM GROUP, INC. P.S. AND MARK D. KAMITOMO, UNOPPOSED MOTION TO RECONSIDER <u>THE COURT'S PREVIOUS ORDER TO MEDIATE</u>

On the __26__ day of __Oct__, 1999, this Court considered Defendants', The Markam Group, Inc., P.S. and Mark D. Kamitomo, Unopposed Motion to Reconsider the Court's Previous Order to Mediate. After reviewing all the pleadings and documents on file, this court is of the opinion that defendants' motion to reconsider mediation is hereby *partially* GRANTED. Accordingly, the court determines that the matter is not yet ripe for mediation and that the parties should not be required to mediate the case at the present time as has previously been ordered. It is therefore,

ORDERED, ADJUDGED and DECREED that the parties do not have to engage and/or participate in mediation as had previously been ordered, *but must mediate within 90 days*.

ORDERED this __26__ day of __Oct__, 1999.

_____
UNITED STATES DISTRICT JUDGE

45437:892089.1:101499

## COPIES TO:

Keith N. Uhles
Ewing E. Sikes, III
Royston, Rayzor, Vickery & Williams
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509

Van Huseman
Cliff Gordon
White, Huseman & Pletcher
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473