

# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

**RESETTING**

WYATT & WYATT PC

20.

V.                    CASE NUMBER:    CA-C-99-199

THE MARKAM GROUP INC., ET AL

## NOTICE TO APPEAR

United States District Court
Southern District of Texas
FILED

NOV - 8 1999

TO:   F. Van Huseman
      Keith N. Uhles

MICHAEL N. MILBY, CLERK

YOU ARE ORDERED TO APPEAR <u>Monday, January 10, ~~1999~~ 2000 at 1:15 p.m.,</u> before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

## TO ATTEND THE FOLLOWING PROCEEDING:

| | |
|---|---|
| _X_ Scheduling Conference; Continued from July 20, 1999 | ___ Motion Hearing: |
| ___ Jury Selection and Trial | ___ Show Cause Hearing |
| ___ Sentencing | ___ Status Conference |
| ___ Revocation Hearing | ___ Other: |

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:  __Judith F. Alvarez__

Date: <u>November 8, 1999</u>

ClibPDF - www.fastio.com