United States District Court
Southern District of Texas
FILED

NOV 15 1999

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

## DEFENDANTS', THE MARKAM GROUP, INC., P.S. AND MARK D. KAMITOMO, DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, THE MARKAM GROUP, INC. P.S. and MARK D. KAMITOMO, Defendants in the above-entitled and captioned cause, and designates the following expert witnesses:

(1) Keith N. Uhles
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone:   (956) 542-4377
Facsimile:   (956) 542-4370

(2) Mark D. Kamitomo
The Markam Group, Inc. P.S.
421 W. Riverside, Suite 1060
Spokane, WA 99201
Telephone:   (509) 747-0902
Facsimile:   (509) 747-1993

45437:897516.1:111599

    (3)    Rex Blackburn
           Evans, Keane, L.L.P.
           1101 W. River St., Suite 200
           Boise, Idaho 83701-0959
           Telephone:  (208) 384-1800
           Facsimile:  (208) 345-3514

    (4)    Arnold Aguilar
           1200 Central Blvd., Suite H-2
           Brownsville, Texas 78520
           Telephone:  (956) 504-1100
           Facsimile:  (956) 504-1408

                              Respectfully submitted,

                              *Eddie Sikes*
                              Keith N. Uhles
                              Federal I. D. No. 1936
                              State Bar of Texas No. 20371100
                              Ewing E. Sikes, III
                              Federal I.D. No. 19534
                              State Bar of Texas No. 00794631

                              Attorneys for Defendants,
                              **THE MARKAM GROUP INC., P.S. and MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas  78523-3509
Telephone:  (956) 542-4377
Telecopier:  (956) 542-4370

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was forwarded via **FACSIMILE** on this 15th day of NOVEMBER, 1999, as follows:

Van Huseman
Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
**VIA FACSIMILE: (361) 883-0210**

*Eddie Sikes*
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.