United States District Court
Southern District of Texas
FILED

DEC 15 1999

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WYATT & WYATT, P.C. § | |
| § | |
| VS. § | C.A. NO. C-99-199 |
| § | |
| THE MARKAM GROUP, INC., P.S., and § | |
| MARK KAMITOMO § | |

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff Wyatt & Wyatt files its unopposed motion for leave to file an amended complaint. Plaintiff's First Amended Complaint is being filed at the same time as the filing of this motion.

1. This is a suit for declaratory relief. Defendants' answer contends that Plaintiff's original petition, filed in Texas state court, fails to state a claim upon which relief can be granted. Plaintiff wishes to file an amended complaint to clarify the declaratory relief Plaintiff seeks and, also, to add a claim for attorney's fees, which are available in suits for declaratory relief.

2. **Certificate of consultation.** Plaintiff's counsel has conferred with Defendant's counsel, who is unopposed to Plaintiff's motion for leave to file an amended complaint.

3. For these reasons, Plaintiff requests that the Court grant this motion and grant Plaintiff leave to file its first amended complaint.

23

Respectfully submitted,

_____
VAN HUSEMAN
Admission No. 1167
State Bar No. 10323500
Attorney-in-Charge for Wyatt & Wyatt
White, Huseman & Pletcher
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
(361) 883-3563   FAX (361) 883-0210

## CERTIFICATE OF SERVICE

A true copy of the foregoing document was this 15th day of December, 1999, mailed via United States first-class mail, to the following:

Mr. Keith N. Uhles
ROYSTON, RAYZOR, VICKERY & WILLIAMS
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509

_____
VAN HUSEMAN

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| WYATT & WYATT, P.C. § | |
| § | |
| VS. § | C.A. NO. C-99-199 |
| § | |
| THE MARKAM GROUP, INC., P.S., and § | |
| MARK KAMITOMO § | |

### ORDER

The Court hereby grants Plaintiff's Motion for Leave to File Amended Complaint and grants Plaintiff leave to file Plaintiff's First Amended Complaint.

SIGNED this _____ day of _____, 1999.

_____
UNITED STATES DISTRICT JUDGE

3