United States District Court
Southern District of Texas
FILED

DEC 15 1999

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | C.A. NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S., and | § | |
| MARK KAMITOMO | § | |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff Wyatt & Wyatt files its first amended complaint against Defendants, The Markam Group and Mark Kamitomo.

1. Wyatt & Wyatt is a professional corporation with its principal office in Nueces County, Texas.

2. The Markam Group is a professional corporation licensed to do business in Washington State which has already been served with process and appeared. Mr. Kamitomo is an individual residing in Washington State who has already been served with process and appeared.

3. This suit us brought pursuant to the Texas Uniform Declaratory Judgments Act. The Markam Group, a law firm located in Washington State, was retained, on a contingent fee basis, by a client whose son was injured in a football game while he was a student at Los Fresnos High School in Cameron County, Texas. Defendants subsequently contacted plaintiff in Nueces County with regard to acting as both co-counsel and local counsel for the family in the Cameron County suit.

4.The family agreed to the joint representation by Wyatt & Wyatt and the Markam Group and signed a contingency fee contract in favor of Wyatt & Wyatt. The family also consented in writing to the division of attorney's fees and expenses between Plaintiff and Defendants.

5.Plaintiff and Defendants agreed that each would pay one-half of the costs associated with preparing and trying the Cameron County suit. Plaintiff and Defendants also agreed that there would be an equal division of any attorney's fees recovered. Plaintiff has spent substantial time preparing this case for trial and has paid a substantial portion of the costs associated with that preparation.

6.A dispute has arisen between the parties concerning their rights under the fee and cost agreement. Defendants have indicated that they will not honor their agreement to share equally in the attorney's fees recovered in the Cameron County suit. All conditions precedent have been performed or have occurred.

7.For these reasons, Plaintiff requests that Court declare that Plaintiff is entitled to one-half of the attorney's fees recovered in the Cameron County suit, or alternately, a just amount as found by the Court, and that the Court award Plaintiff its attorney's fees, costs, and all other proper relief.

Respectfully submitted,

_____
VAN HUSEMAN
Admission No. 1167
State Bar No. 10323500
Attorney-in-Charge for Wyatt & Wyatt
White, Huseman & Pletcher
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
(361) 883-3563   FAX (361) 883-0210

## CERTIFICATE OF SERVICE

A true copy of the foregoing document was this 15th day of December, 1999, mailed via United States first-class mail, to the following:

Mr. Keith N. Uhles
ROYSTON, RAYZOR, VICKERY & WILLIAMS
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509

_____
VAN HUSEMAN

f:\atty\chff\wyatt.complaint1.doc

3