UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN - 7 2000

Michael N. Milby, Clerk of Court

26.

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | C.A. NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S., and MARK KAMITOMO | § § § | |

ORDER

The Court hereby grants Plaintiff's Motion for Leave to File Amended Complaint and grants Plaintiff leave to file Plaintiff's First Amended Complaint.

SIGNED this 7 day of Jan, 2000, 1999.

_____
UNITED STATES DISTRICT JUDGE

3