United States District Court
Southern District of Texas
ENTERED

JAN - 7 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | 27. |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

### ORDER GRANTING LEAVE TO FILE COUNTERCLAIM

On this ___7___ day of ___Jan___, ___2000___, came on to be considered Defendants' Unopposed Motion for Leave to File Counterclaim. Having considered same, the Court is of the opinion that the Motion should be and hereby is GRANTED.

Therefore, it is ORDERED as follows:

1.  ORDERED that Defendants' Counterclaim be filed in this civil action; and

2.  The Clerk shall mail a copy of this Order to all counsel of record.

Done at Corpus Christi, Texas this ___7___ day of ___Jan___, ___2000___.

_____
UNITED STATES DISTRICT JUDGE

45437:901882.1:121599