CV/~~CR~~ ACTION NO.: **C99-199**

Wyatt & Wyatt PC ) COUNSEL: **F. Van Huseman**

vs.

The Markam Group, Inc., et al ) COUNSEL: **Keith Uhles, Ewing E. Sikes III**

=====================================================

JAN 10 2000

JUDGE PRESIDING: **HAYDEN W. HEAD, JR.**

COURTROOM CLERK: **Judith F. Alvarez**    COURT RECORDER: **Genay Rogan**
LAW CLERK: **M. Fassold**    INTERPRETER: _____
U.S. ~~MARSHAL~~/CSO: **R. Aguilar**    U.S.P.O.: _____
DATE: **1-10-00**    OPEN: **1:26 pm**    ADJOURN: **1:31**
TAPE: **3/1366-1564**

=====================================================

Case called for Scheduling Conference. Appearances made. Parties advise that a mediation is set for next week. Pltff asks for abatement until the underlying case is resolved. Parties advise that they would like to have the dates on Scheduling Order signed. The Court signs so to keep case on track. So signed. Adjourned.

29.