CA-C-99-199

D.E. #32

Sealed Document Located in Vault

Case 1:01-cv-00114   Document 32   Filed in TXSD on 01/31/2000   Page 1 of 1

ClibPDF - www.fastio.com