CA-C-99-199

D.E. #33

Sealed Document Located in Vault