IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 1 2000

Michael N. Milby, Clerk

| | |
|---|---|
| WYATT & WYATT, P.C. | § |
|  | § |
| VS. | §   CIVIL ACTION NO. C-99-199 |
|  | § |
| THE MARKAM GROUP, INC., P.S. | § |
| AND MARK D. KAMITOMO | § |

### DEFENDANTS' MOTION FOR LEAVE TO FILE UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE & RESCHEDULE TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, THE MARKAM GROUP, INC., P.S. and MARK D. KAMITOMO, Defendants in the above-entitled and numbered civil action, and file this, their Motion for Leave to File Unopposed Motion to Extend Discovery Deadline and Reschedule Trial and in support of same, would respectfully show as follows:

I.

The court previously set a discovery deadline for January 31, 2000 and a trial date for May 22, 2000. Both Plaintiff and Defendants have conferred and they agree that the parties will need a two month extension to conduct further discovery. Therefore, Defendants ask for leave of court to file their unopposed motion to extend discovery deadline to March 31, 2000 and reschedule trial on the merits for July or August of 2000.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court enter an Order granting Defendants Leave to File their Unopposed Motion to Extend Discovery Deadline and Reschedule Trial.

45437:907050.1:012800

34

Respectfully submitted,

*/s/ Eddie Sikes/*
Keith N. Uhles
Federal I. D. No. 1936
State Bar of Texas No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar of Texas No. 00794631

Attorneys for Defendants,
**THE MARKAM GROUP INC., P.S. and MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas   78523-3509
Telephone:    (956) 542-4377
Telecopier:    (956) 542-4370

## CERTIFICATE OF CONFERENCE

Ewing E. Sikes, III has conferred with counsel for Plaintiffs and he is Not Opposed to Defendant's Motion for Leave to File Unopposed Motion to Extend Discovery Deadline and Reschedule Trial.

*/s/ Eddie Sikes/*
Ewing E. Sikes, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion for Leave to File Unopposed Motion to Extend Discovery Deadline and Reschedule Trial was forwarded on this 31st day of JANUARY, 2000, as follows:

Van Huseman
Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
**CERTIFIED MAIL, RRR**

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

45437:907050.1:012800                              -3-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**ORDER GRANTING LEAVE TO FILE UNOPPOSED MOTION
TO EXTEND DISCOVERY DEADLINE AND RESCHEDULE TRIAL**

On this _____ day of _____, 2000, came on to be considered Defendants The Markam Group, Inc., P.S. and Mark D. Kamitomo's Unopposed Motion for Leave to File Unopposed Motion to Extend Discovery Deadline and Reschedule Trial. After considering the motion, the court finds that said motion should be GRANTED.

Therefore, it is ORDERED as follows:

1. ORDERED that Defendants' Unopposed Motion to Extend Discovery Deadline and Reschedule Trial be filed in this civil action; and

2. The Clerk shall mail a copy of this Order to all counsel of record.

SIGNED on this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com