IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § § | |
| VS. | § § | CIVIL ACTION NO. C-99-199 |
| THE MARKAM GROUP, INC., P.S. AND MARK D. KAMITOMO | § § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND
DISCOVERY DEADLINE AND TO RESCHEDULE TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, THE MARKAM GROUP, INC., P.S. and MARK D. KAMITOMO, Defendants in the above-entitled and numbered civil action, and file this, their Unopposed Motion to Extend Discovery Deadline and to Reschedule Trial and in support of same, would respectfully show as follows:

I.

The court has previously set a discovery deadline for January 31, 2000 and a trial date for May 22, 2000 in the most recent scheduling order entered by the Court. Defendants' counsel has conferred with plaintiff's counsel and both are in agreement that the parties need additional time to conduct further discovery and to prepare the case for trial. As a result, Defendants ask the Court to extend the discovery deadline by two months making the new deadline to complete discovery March 31, 2000. In addition, Defendants ask the Court to reschedule trial to either July or August of 2000. Defendants have conferred with plaintiff's and plaintiff's counsel is unopposed to the same.

45437:907182.1:012800

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court enter an Order granting Defendants Unopposed Motion to Extend Discovery Deadline to March 31, 2000 and to reschedule trial for July or August of 2000.

Respectfully submitted,

_____
Keith N. Uhles
Federal I. D. No. 1936
State Bar of Texas No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar of Texas No. 00794631

Attorneys for Defendants,
**THE MARKAM GROUP INC., P.S. and MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas   78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370

## CERTIFICATE OF CONFERENCE

Ewing E. Sikes, III has conferred with counsel for Plaintiffs and he is Not Opposed to Defendant's Motion to Extend Discovery Deadline and Reschedule Trial.

_____
Ewing E. Sikes, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Unopposed Motion to Extend Discovery Deadline and Reschedule Trial was forwarded on this _31st_ day of JANUARY, 2000, as follows:

Van Huseman
Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
**CERTIFIED MAIL, RRR**

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**ORDER GRANTING DISCOVERY EXTENSION
AND RESCHEDULING TRIAL DATE**

On this _____ day of _____, 2000, came on to be considered Defendants The Markam Group, Inc., P.S. and Mark D. Kamitomo's Unopposed Motion to Extend Discovery Deadline and Reschedule Trial. After considering the motion, the court finds that said motion should be GRANTED. It is hereby,

ORDERED, ADJUDGED and DECREED that the discovery deadline of January 31, 2000 be extended to March 31, 2000 and that trial be rescheduled to the _____ day of _____, 2000

SIGNED on this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE