CA-C-99-199

D E. #36

Sealed Document Located in Vault

ClibPDF - www.fastio.com