IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 22 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**DEFENDANT MARK D. KAMITOMO'S MOTION FOR LEAVE TO JOIN
MARY GLIDDEN IN COUNTERCLAIM AGAINST WYATT & WYATT, P.C.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARK D. KAMITOMO, (hereinafter "Kamitomo"), a Defendant in the

above-entitled and numbered civil action and file this his Motion for Leave to Join Mary Glidden

in Counterclaim Against Wyatt & Wyatt, P.C., and in support of the same would respectfully show

as follows:

I.

1.1    Plaintiff filed its Original Complaint on September 22, 1998, in County Court at Law No. 3,

Nueces County, Texas.

1.2    On May 26, 1999, Plaintiff's action was removed to federal court.

II.

2.1    In the process of such discovery and in the ongoing investigation of this claim by counsel

for Defendants, counsel has learned additional facts which give rise to potential claims against an

individual, Mary Glidden.  Accordingly, Defendant respectfully requests leave of this court to file

45437:909825.1:021800

a motion to join Mary Glidden in his counterclaim against Wyatt & Wyatt, P.C. in order to have a full adjudication of all issues involving this matter. A copy of Defendant's Motion to Join is attached hereto as Exhibit "A".

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court enter an order granting Defendant's leave to join Mary Glidden in his counterclaim.

Respectfully submitted,

BY: _Eddie Sikes_

Keith N. Uhles
Federal I. D. No. 1936
State Bar of Texas No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar of Texas No. 00794631
Attorneys for Defendants,
THE MARKAM GROUP, INC., P.S. and
MARK D. KAMITOMO

Of COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
55 Cove Circle
P. O. Box 3509
Brownsville, Texas   78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370

45437:909825.1:021800                    -2-

## CERTIFICATE OF CONFERENCE

I hereby certify that I have consulted with opposing counsel and he has advised that he is

**OPPOSED** to Defendant's Motion for Leave to Join Mary Glidden to Counterclaim Against Wyatt

& Wyatt, P.C.

_____

Ewing E. Sikes, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Defendant Mark D. Kamitomo's Motion for Leave to Join Mary Glidden in Counterclaim Against Wyatt & Wyatt, P.C.** was forwarded on this 21st day of FEBRUARY, 2000, to the following:

Van Huseman
Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
**VIA CERTIFIED MAIL, RRR**

_____

**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

45437:909825.1:021800                              -3-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

## MOTION TO JOIN MARY GLIDDEN TO
## COUNTERCLAIM AGAINST WYATT & WYATT, P.C.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant/Counterclaimant, MARK D. KAMITOMO, pursuant to Rules 18, 19 and 20 of the Federal Rules of Civil Procedure and files this his Motion to Join Mary Glidden in his Counterclaim Against Wyatt & Wyatt, P.C. and would respectfully show unto the court as follows:

I.

PARTIES

1.1   Defendant/Counterclaimant, Mark D. Kamitomo ("Kamitomo") is a resident of the state of Washington.

1.2   Mary Glidden is a resident of the State of Washington who has had substantial and significant contact in Nueces County and in Cameron County, Texas.

II.

JURISDICTION

2.1   The Court has jurisdiction over this counterclaim pursuant to 28 U.S.C. §1367 as part of its supplemental jurisdiction.

45437:909850.1:021800


EXHIBIT
A

III.

3.1     Defendant/Counterclaimant Kamitomo contracted with Raquel O. Rodriguez, individually and as next friend to Jose Rodriguez to advise, counsel and represent the Rodriguezes in a products liability action against Riddell, Inc, for damages suffered by Jose Rodriguez in a football game in Los Fresnos, Texas.  A Contingency Fee Agreement between the Rodriguezes and Kamitomo was entered into on May, 9, 1996.  However, prior to Kamitomo's involvement in the Rodriguez litigation, a medical company owned by Mary Glidden, Medical Rehabilitation Consultants, was hired by an insurance company on or about November 10, 1995 to work as case managers overseeing the medical care and costs paid to Jose Rodriguez.  Sometime after Kamitomo's involvement, Kamitomo advised Mary Glidden that she and Medical Rehabilitation Consultants were not going to be retained for purposes of preparing a life care plan for Jose Rodriguez.  Through investigation, Defendant has learned that on or about March 31 and April 1, 1997, Ms. Glidden had telephoned the office of Wyatt & Wyatt in Corpus Christi, Texas, then local counsel for Kamitomo, to arrange a meeting between herself and Paula Wyatt.  Eventually, a meeting was scheduled and Ms. Glidden flew to Texas to meet with Paula Wyatt and the Rodriguez family on or about April 7, 1997.  Kamitomo had no knowledge of this meeting.  The purpose of the visit was to conspire with Wyatt & Wyatt to ensure that Kamitomo would be fired by the Rodriguezes and that Paula Wyatt would be hired so that Glidden and Medical Rehabilitation Consultants would be hired to prepare the life care plan directly from Paula Wyatt.  See Affidavit of Betsy Johnson, Raquel O. Rodriguez, and Diana Gomez attached hereto as Exhibits "A", "B" and "C", respectively.

3.2.    Mary Glidden's intentional interference with Kamitomo's contractual relationship with Raquel O. Rodriguez proximately caused damages to Kamitomo, including but not limited to, travel

45437:909850.1:021800                      -2-

expenses and telephone expenses incurred in attempting to repair his relationship with the Rodriguezes which was further damaged and/or exacerbated by not only Glidden's intentional interference but also the intentional interference by Wyatt & Wyatt.

3.3     As reflected by the counterclaim, Wyatt & Wyatt's involvement in interfering with Kamitomo's contractual relationship with the Rodriguezes was previously known to Kamitomo. Mary Glidden's involvement in this scheme however was not known until recently.  In fact, this information did not come to light until Kamitomo through his attorneys began to investigate information disclosed by Wyatt & Wyatt on January 19, 2000 during mediation.

3.4     The claims against Mary Glidden and Wyatt & Wyatt are intricately intertwined.  It would serve the ends of judicial economy for the claims to be joined.

WHEREFORE, PREMISES CONSIDERED, Defendant/Counterclaimant, Kamitomo, respectfully prays that the court grant him leave to join Mary Glidden as a party hereto and for such other and further relief, both general and special, at law and in equity, to which he may show himself justly entitled.

Respectfully submitted,

By: _Eddie Sikes_

Keith N. Uhles
Federal I. D. No. 1936
State Bar of Texas No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar of Texas No. 00794631
Attorneys for Defendants,
**THE MARKAM GROUP INC., P.S. and**
**MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas  78523-3509
Telephone:    (956) 542-4377
Telecopier:   (956) 542-4370


## CERTIFICATE OF CONSULTATION

I hereby certify that I have consulted with opposing counsel and he has advised me that he

is **OPPOSED** to Defendant's Motion to Join Mary Glidden in Counterclaim Against Wyatt & Wyatt,

P.C.

_____
Ewing E. Sikes, III


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **Motion to Join Mary Glidden to
Counterclaim Against Wyatt & Wyatt, P.C.** was forwarded on this _21st_ day of FEBRUARY,
2000, as follows:

Van Huseman
Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
**VIA CERTIFIED MAIL, RRR**

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P

45437:909850.1:021800                    -4-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**ORDER GRANTING LEAVE TO JOIN MARY GLIDDEN
IN COUNTERCLAIM AGAINST WYATT & WYATT, P.C.**

On this _____ day of _____, 2000, came on to be considered

Defendant's Motion for Leave to Join Mary Glidden in Counterclaim Against Wyatt & Wyatt, P.C.

Having considered same, the Court is of the opinion that the Motion should be and hereby is

GRANTED.

Therefore, it is ORDERED as follows:

1.    ORDERED that Defendant is granted leave to join Mary Glidden in his counterclaim

against Wyatt & Wyatt, P.C.;

2.    Defendant's Motion to Join Mary Glidden in Counterclaim Against Wyatt & Wyatt,

P.C. be filed in this civil action; and

3.    The Clerk shall mail a copy of this Order to all counsel of record.

Done at Corpus Christi, Texas this _____ day of _____, 2000.


_____
UNITED STATES DISTRICT JUDGE


45437:909828.1:021800