

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C., | § | |
| Plaintiff | § | |
| vs. | § | Civil Action No. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S., | § | |
| and MARK D. KAMITOMO, | § | |
| Defendants | § | |

### AMENDED CERTIFICATE OF CONSULTATION FOR DEFENDANTS' MOTION TO SEAL CERTAIN COURT RECORDS AND DEFENDANT/COUNTER CLAIMANT'S MOTION TO JOIN MARY GLIDDEN IN COUNTERCLAIM AGAINST WYATT & WYATT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants THE MARKAM GROUP, INC. P.S. and MARK D. KAMITOMO and files this their amended certificate of consultation with regard to Defendants' Motion to Seal Certain Court Records and Defendant/Counterclaimant's Motion to Join Mary Glidden to Counterclaim Against Wyatt & Wyatt, and would respectfully show unto the court the following:

I.

1.1    Defendants filed their motion to seal certain court records on January 31, 2000 and its Motion to Join Mary Glidden to Counterclaim against Wyatt & Wyatt on February 21, 2000. At the time of said filings, plaintiff was opposed to said motions. However, plaintiff recently indicated on February 22, 2000 that it is no longer opposed to the aforementioned motions.

45437:911045.1:030200

Respectfully submitted,

By: /s/ Eddie Sikes
Keith N. Uhles
Federal ID No. 1936
State Bar No. 20371100
Ewing E. Sikes, III
Federal ID No. 19534
State Bar No. 00794631
Attorneys for Defendants,
The Markam Group, Inc. P.S. and
Mark D. Kamitomo

Of Counsel:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone:   (956) 542-4377
Facsimile:   (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Amended Certificate of Consultation for Defendants' Motion to Seal Certain Court Records and Defendant/Counterclaimant's Motion to Join Mary Glidden in Counterclaim against Wyatt & Wyatt** was forwarded on this 6th day of MARCH, 2000, to the following:

Van Huseman
Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
**Certified Mail, RRR**

/s/ Eddie Sikes
**Of Royston, Rayzor, Vickery & Williams, L.L.P.**

15437:911045.1:030200                                    -2-