United States District Court
Southern District of Texas
FILED

MAR 10 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
DEFENDANTS' UNOPPOSED MOTION TO SEAL DEFENDANTS' REPLY
TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, THE MARKAM GROUP, INC., P.S. and MARK D. KAMITOMO, Defendants in the above-entitled and numbered civil action, and file this, their Unopposed Motion for Leave to File Defendants' Unopposed Motion to Seal Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment and in support of same, would respectfully show as follows:

I.

The present litigation arises out of litigation styled *Raquel O. Rodriguez and Jose L. Rodriguez v. Riddell Sports, Inc., et al* filed in the United States District Court for the Southern District of Texas, Brownsville Division, in which a final judgment has been entered in the amount of $14,621,243 (hereinafter referred to as "Rodriguez suit"). The judgment is currently being appealed. Defendants represent the plaintiffs in the Rodriguez suit. Plaintiff Wyatt & Wyatt filed a declaratory judgment action against defendants alleging that they reached an oral agreement with Defendant Kamitomo concerning the splitting of any fees that may be obtained in the Rodriguez suit and are seeking the declaration of 50% of the fees which plaintiff alleges its is owed under the agreement.

45437:913238.1:030900

Defendants on the other hand maintain that at most plaintiff is entitled to an hourly fee of $135.00. Accordingly, defendants have filed a motion for summary judgment on this issue and a motion to file the same under seal on January 31, 2000. In addition, Defendants ask for leave to file their reply to plaintiff's response to defendants' motion for summary judgment under seal because the reply contains matters protected by the attorney-client privilege and/or matters sensitive to the underlying suit and the underlying suit is currently on appeal before the Fifth Circuit. Accordingly, Defendants ask that its reply to plaintiff's response to defendants' motion for summary judgment be filed under seal to prevent the disclosure of information which is protected by the attorney-client privilege.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court enter an Order granting Defendants leave to file their Unopposed Motion to Seal Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment.

Respectfully submitted,

By: *[signature]*
Keith N. Uhles
Federal I. D. No. 1936
State Bar of Texas No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar of Texas No. 00794631

Attorneys for Defendants,
**THE MARKAM GROUP INC., P.S.**
**and MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas   78523-3509
Telephone:    (956) 542-4377
Telecopier:    (956) 542-4370

## CERTIFICATE OF CONFERENCE

Ewing E. Sikes, III has conferred with counsel for Plaintiff and he is **Not Opposed** to this Motion for Leave to File Defendants' Unopposed Motion to Seal Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment.

_____
Ewing E. Sikes, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **Defendants' Unopposed Motion for Leave to File Defendants' Unopposed Motion to Seal Defendant's Reply to Plaintiff's Response to Motion for Summary Judgment** was forwarded on this _10th_ day of MARCH, 2000, as follows:

Van Huseman
Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
**CERTIFIED MAIL, RRR**

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

45437:913238.1:030900

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WYATT & WYATT, P.C. | § |
| | § |
| VS. | § CIVIL ACTION NO. C-99-199 |
| | § |
| THE MARKAM GROUP, INC., P.S. | § |
| AND MARK D. KAMITOMO | § |

**ORDER GRANTING LEAVE TO FILE DEFENDANTS' UNOPPOSED
MOTION TO SEAL DEFENDANTS' REPLY TO PLAINTIFF'S
RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

On this _____ day of _____, 2000, came on to be considered Defendants' Unopposed Motion for Leave to File Defendants' Unopposed Motion to Seal Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment. Having considered same, the Court is of the opinion that the Motion should be and hereby is GRANTED.

Therefore, it is ORDERED as follows:

1.  ORDERED that Defendants' Unopposed Motion to Seal Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment be filed in this civil action; and

2.  The Clerk shall mail a copy of this Order to all counsel of record.

Done at Corpus Christi, Texas this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

45437:913296.1:030900