CA-C-99-199

D.E. #42

Sealed Document Located in Vault

ClibPDF - www.fastio.com