United States District Court
Southern District of Texas
FILED

MAY 05 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | C.A. NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S., and | § | |
| MARK KAMITOMO | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE
DEADLINE TO FILE JOINT PRE-TRIAL ORDER**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, Wyatt & Wyatt, files its Unopposed Motion to Extend the Deadline to File Joint Pre-Trial Order pending the Court's ruling on Defendants' Unopposed Motion to Extend Discovery Deadline and to Reschedule Trial.

1. Defendants filed their Unopposed Motion to Extend Discovery Deadline and to Reschedule Trial on January 30, 2000, requesting the Court to reschedule the trial of this case from May 22, 2000, to sometime in either July or August of 2000.

2. The deadline to file the Joint Pre-trial Order for the May 22, 2000 trial setting is May 8, 2000. For the same reasons that Defendants have moved for a continuance, an extension to extend the deadline for filing the Joint Pre-Trial Order would be appropriate.

4. **Certificate of consultation.** Plaintiff's counsel has conferred with Defendants' counsel, and he is unopposed to Plaintiff's Motion to Extend the Deadline to File Joint Pretrial Order subject to the Court rescheduling the case for trial.

5.  For this reason, Plaintiff requests that the Court grant this motion and extend the deadline for filing the Joint Pre-Trial Order pending the Court's ruling on the motion for continuance.

        Respectfully submitted,

_____
VAN HUSEMAN
Admission No. 1167
State Bar No. 10323500
Attorney-in-Charge for Wyatt & Wyatt
Huseman & Pletcher
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
(361) 883-3563    FAX (361) 883-0210

## CERTIFICATE OF SERVICE

A true copy of the foregoing document was this 5th day of May, mailed via certified mail, return receipt requested and vix fax transmittal, to the following:

Mr. Keith N. Uhles
Mr. Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509

_____
VAN HUSEMAN

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | C.A. NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S., and | § | |
| MARK KAMITOMO | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE JOINT PRE-TRIAL ORDER**

The Court hereby grants Plaintiff's Unopposed Motion to Extend the Deadline to File Joint Pre-Trial Order. The Court will set a new deadline for filing the Joint Pre-Trial Order after the Court rules on Defendants' motion for continuance.

SIGNED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

1