United States District Court
Southern District of Texas
FILED

MAY 05 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
UNOPPOSED FIRST SUPPLEMENTAL MOTION TO EXTEND
DISCOVERY DEADLINE & RESCHEDULE TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, THE MARKAM GROUP, INC., P.S. and MARK D. KAMITOMO, Defendants in the above-entitled and numbered civil action, and file this, Defendants' Unopposed Motion for Leave to File Unopposed First Supplemental Motion to Extend Discovery Deadline and Reschedule Trial and in support of same, would respectfully show as follows:

I.

The court previously set a discovery deadline for January 31, 2000 and a trial date for May 22, 2000 in the most recent scheduling order entered by the Court. Thereafter, Defendants filed their Motion for Leave to file their unopposed Motion to Extend Discovery Deadline and to Reschedule Trial (and a copy of the same attached thereto) on January 31, 2000. In said motion, defendants asked for a new discovery deadline of March 21, 2000 and for trial to be rescheduled for July or August of 2000. Thereafter, Defendant Kamitomo filed his Motion for Leave to Join Mary Glidden in his counterclaim against Wyatt & Wyatt (with a copy of the motion attached thereto -which has since been unopposed by plaintiff's counsel) and his unopposed Motion for Leave to File Defendant's

First Amended Counterclaim (with a copy of the counterclaim attached thereto which has since been unopposed by plaintiff's counsel) on February 22 and 29, 2000, respectively.

The Court has yet to rule on any of these motions and as such the previously requested deadlines are moot and/or no longer desirable. Specifically, the parties will need additional time to allow Mary Glidden to answer and appear and for the parties to conduct additional discovery thereafter. Accordingly, defendants would ask that the parties be given 90 days to conduct further discovery from the date that Defendants' Unopposed First Supplemental Motion to Extend Discovery Deadline and to Reschedule Trial has been granted and that trial be set shortly thereafter. Defendants' counsel has conferred with plaintiff's counsel and both are in agreement that the parties need additional time to conduct further discovery and to prepare the case for trial.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court enter an Order granting Defendants' Unopposed Motion for Leave to File Unopposed First Supplemental Motion to Extend Discovery Deadline and Reschedule Trial.

Respectfully submitted,

_____
Keith N. Uhles
Federal I. D. No. 1936
State Bar of Texas No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar of Texas No. 00794631
Attorneys for Defendants,
**THE MARKAM GROUP INC., P.S. and MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas   78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370

## CERTIFICATE OF CONFERENCE

Ewing E. Sikes, III has conferred with counsel for Plaintiffs and he is Not Opposed to Defendant's Unopposed Motion for Leave to File Unopposed First Supplemental Motion to Extend Discovery Deadline and Reschedule Trial.

_____
Ewing E. Sikes, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **Defendants' Unopposed Motion for Leave to File Unopposed First Supplemental Motion to Extend Discovery Deadline and Reschedule Trial** was forwarded on this _5th_ day of MAY, 2000, as follows:

Van Huseman
Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
**CERTIFIED MAIL, RRR**

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**ORDER GRANTING LEAVE TO FILE UNOPPOSED FIRST
SUPPLEMENTAL MOTION TO EXTEND DISCOVERY DEADLINE
AND RESCHEDULE TRIAL**

On this _____ day of _____, 2000, came on to be considered Defendants The Markam Group, Inc., P.S. and Mark D. Kamitomo's Unopposed Motion for Leave to File their Unopposed First Supplemental Motion to Extend Discovery Deadline and Reschedule Trial. After considering the motion, the court finds that said motion should be GRANTED.

Therefore, it is ORDERED as follows:

1. ORDERED that Defendants' Unopposed First Supplemental Motion to Extend Discovery Deadline and Reschedule Trial be filed in this civil action; and

2. The Clerk shall mail a copy of this Order to all counsel of record.

SIGNED on this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE