United States District Court
Southern District of Texas
FILED

MAY 0 5 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

## DEFENDANTS' UNOPPOSED FIRST SUPPLEMENTAL MOTION
## TO EXTEND DISCOVERY DEADLINE AND TO RESCHEDULE TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, THE MARKAM GROUP, INC., P.S. and MARK D. KAMITOMO,

Defendants in the above-entitled and numbered civil action, and file this, their Unopposed First

Supplemental Motion to Extend Discovery Deadline and to Reschedule Trial and in support of same,

would respectfully show as follows:

I.

The court previously set a discovery deadline for January 31, 2000 and a trial date for May

22, 2000 in the most recent scheduling order entered by the Court. Thereafter, Defendants filed their

Motion for Leave to file their unopposed Motion to Extend Discovery Deadline and to Reschedule

Trial (and a copy of the same attached thereto) on January 31, 2000. In said motion, defendants

asked for a new discovery deadline of March 21, 2000 and for trial to be rescheduled for July or

August of 2000. Thereafter, Defendant Kamitomo filed his Motion for Leave to Join Mary Glidden

in his counterclaim against Wyatt & Wyatt (with a copy of the motion attached thereto -which has

since been unopposed by plaintiff's counsel) and his unopposed Motion for Leave to File Defendant's

45437:920439.1:050400

First Amended Counterclaim (with a copy of the counterclaim attached thereto which has since been unopposed by plaintiff's counsel) on February 22 and 29, 2000, respectively.

The Court has yet to rule on any of these motions and as such the previously requested deadlines are moot and/or no longer desirable. Specifically, the parties will need additional time to allow Mary Glidden to answer and appear and for the parties to conduct additional discovery thereafter. Accordingly, defendants would ask that the parties be given 90 days to conduct further discovery from the date that Defendants' Unopposed First Supplemental Motion to Extend Discovery Deadline and to Reschedule Trial has been granted and that trial be set shortly thereafter. Defendants' counsel has conferred with plaintiff's counsel and both are in agreement that the parties need additional time to conduct further discovery and to prepare the case for trial.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court enter an Order granting Defendants Unopposed First Supplemental Motion to Extend Discovery Deadline and that the new discovery deadline be set for 90 days from when the order attached hereto is granted and that the Court reschedule trial shortly thereafter.

Respectfully submitted,

Keith N. Uhles
Federal I. D. No. 1936
State Bar of Texas No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar of Texas No. 00794631

Attorneys for Defendants,
**THE MARKAM GROUP INC., P.S. and
MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas   78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370

## CERTIFICATE OF CONFERENCE

Ewing E. Sikes, III has conferred with counsel for Plaintiffs and he is Not Opposed to

Defendant's First Supplemental Motion to Extend Discovery Deadline and Reschedule Trial.

Ewing E. Sikes, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Unopposed Motion to Extend Discovery Deadline and Reschedule Trial was forwarded on this ___5th___ day of MAY, 2000, as follows:

Van Huseman
Cliff Gordon
WHITE, HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
**CERTIFIED MAIL, RRR**

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

WYATT & WYATT, P.C.                    §
                                       §
VS.                                    §      CIVIL ACTION NO. C-99-199
                                       §
THE MARKAM GROUP, INC., P.S.           §
AND MARK D. KAMITOMO                   §

## ORDER GRANTING DISCOVERY EXTENSION
## AND RESCHEDULING TRIAL DATE

On this _____ day of _____, 2000, came on to be considered

Defendants The Markam Group, Inc., P.S. and Mark D. Kamitomo's Unopposed First Supplemental

Motion to Extend Discovery Deadline and Reschedule Trial. After considering the motion, the court

finds that said motion should be GRANTED. It is hereby,

ORDERED, ADJUDGED and DECREED that the discovery deadline of January 31, 2000

be extended to _____ (90 days from entry of this order) and that trial be rescheduled

to the _____ day of _____, 2000

SIGNED on this _____ day of _____, 2000.


_____
UNITED STATES DISTRICT JUDGE