# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

RESETTING

47.

**WYATT & WYATT PC**

V.                                              CASE NUMBER:  CA-C-99-199

**THE MARKAM GROUP INC.,
ET AL**

## NOTICE TO APPEAR

United States District Court
Southern District of Texas
FILED

TO:    F. Van Huseman
       Keith N. Uhles

MAY 2 2 2000

Michael N. Milby
Clerk of Court

**YOU ARE ORDERED TO APPEAR** <u>SEE DATES BELOW</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

**TO ATTEND THE FOLLOWING PROCEEDING:**

__X__ Final Pretrial Conference                    ___ Motion Hearing:
Thursday, August 3, 2000 at 1:15 p.m.
Continued from May 18, 2000.

__X__ Jury Selection and Trial                     ___ Show Cause Hearing
Monday, August 21, 2000 at 9:00 a.m.
Parties are to be in the courtroom by 8:30 a.m.
Continued from May 22, 2000.

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy: __Judith F. Alvarez__              Date: <u>May 22, 2000</u>