48.

CA-C-99-199

D.E. #48

Sealed Document Located in Vault