*United States District Court*
*Southern District of Texas*
*ENTERED*

*JUL - 3 2000*

*Michael N. Milby, Clerk of Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | **49.** |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

## ORDER GRANTING LEAVE TO FILE DEFENDANTS' MOTION TO SEAL CERTAIN COURT RECORDS

On this **29** day of **June**, 2000, came on to be considered Defendants' Motion for Leave to File Defendants' Motion to Seal Certain Court Records. Having considered same, the Court is of the opinion that the Motion should be and hereby is GRANTED.

Therefore, it is ORDERED as follows:

1. ORDERED that Defendants' Motion to Seal Certain Court Records be filed in this civil action; and

2. The Clerk shall mail a copy of this Order to all counsel of record.

Done at Corpus Christi, Texas this **29** day of **June**, 2000.

_____
UNITED STATES DISTRICT JUDGE

45437:905902.1:012800