IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL - 3 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § § | 50. |
| VS. | § § | C.A. NO. C-99-199 |
| THE MARKAM GROUP, INC., ET AL. | § | |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Defendants' Motion for Summary Judgment (D.E. 33) is denied. A fact dispute exists concerning the provisions and conditions of the agreement between the plaintiff and the defendants.

ORDERED this _____29_____ day of _____June_____, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE