United States District Court
Southern District of Texas
ENTERED

JUL - 3 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § § | 51. |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| THE MARKAM GROUP, INC., P.S. AND MARK D. KAMITOMO | § § § § | |

**ORDER GRANTING LEAVE TO FILE UNOPPOSED MOTION
TO EXTEND DISCOVERY DEADLINE AND RESCHEDULE TRIAL**

On this __29__ day of __June__, 2000, came on to be considered Defendants The Markam Group, Inc., P.S. and Mark D. Kamitomo's Unopposed Motion for Leave to File Unopposed Motion to Extend Discovery Deadline and Reschedule Trial. After considering the motion, the court finds that said motion should be GRANTED.

Therefore, it is ORDERED as follows:

1. ORDERED that Defendants' Unopposed Motion to Extend Discovery Deadline and Reschedule Trial be filed in this civil action; and

2. The Clerk shall mail a copy of this Order to all counsel of record.

SIGNED on this __29__ day of __June__, 2000.

_____
UNITED STATES DISTRICT JUDGE