IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § § | |
| VS. | § § | CIVIL ACTION NO. C-99-199 |
| THE MARKAM GROUP, INC., P.S. AND MARK D. KAMITOMO | § § | |

### ORDER GRANTING LEAVE TO JOIN MARY GLIDDEN IN COUNTERCLAIM AGAINST WYATT & WYATT, P.C.

On this __29__ day of __June__, 2000, came on to be considered Defendant's Motion for Leave to Join Mary Glidden in Counterclaim Against Wyatt & Wyatt, P.C. Having considered same, the Court is of the opinion that the Motion should be and hereby is GRANTED.

Therefore, it is ORDERED as follows:

1. ORDERED that Defendant is granted leave to join Mary Glidden in his counterclaim against Wyatt & Wyatt, P.C.;

2. Defendant's Motion to Join Mary Glidden in Counterclaim Against Wyatt & Wyatt, P.C. be filed in this civil action; and

3. The Clerk shall mail a copy of this Order to all counsel of record.

Done at Corpus Christi, Texas this __25__ day of __June__, 2000.

_____
UNITED STATES DISTRICT JUDGE

45437:909828.1:021800