United States District Court
Southern District of Texas
ENTERED

JUL - 3 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | 53. |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**ORDER GRANTING MOTION TO JOIN MARY GLIDDEN
TO COUNTERCLAIM AGAINST WYATT & WYATT, P.C.**

On this ___ day of _____, 2000, came on to be heard Mark D. Kamitomo's Motion to Join Mary Glidden in Counterclaim against Wyatt & Wyatt. After considering said motion, all pleadings on file, the evidence previously presented in this case, and the applicable law, it is the opinion of this court that said motion should be granted. It is therefore,

1. ORDERED that Defendant Kamitomo is granted leave to join Mary Glidden in his counterclaim against Wyatt & Wyatt, P.C. in this matter;

2. Mary Glidden is hereby given thirty (30) days to file an answer and appear in this matter; and

3. The Clerk shall send a copy of this Order to Mary Glidden at Medical Rehabilitation Consultants, Inc., 111 W. Cataldo, Suite 200, Spokane, Washington, 99201 and all counsel of record.

Done at Corpus Christi, Texas this ___ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

45437:909855.1:021800