United States District Court
Southern District of Texas
ENTERED

JUL - 3 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | 54. |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

## ORDER GRANTING DEFENDANT'S MOTION
## FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM

On this ___ day of _____, 2000, came to be considered Defendant's, Mark D. Kamitomo, Unopposed Motion for Leave to File Defendant's First Amended Counterclaim. The Court, having considered same, is of the opinion that said Motion should be and hereby is **GRANTED**. It is, therefore

**ORDERED** that Defendant's, Mark D. Kamitomo, First Amended Counterclaim be filed in this civil action. It is further,

**ORDERED** that the Clerk shall mail a copy of this Order to all counsel of record.

**DONE** this ___ day of _____, 2000.

_____
JUDGE PRESIDING