IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL - 3 2000

Michael N. Milby, Clerk of Court

56.

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

### ORDER GRANTING LEAVE TO FILE DEFENDANTS' UNOPPOSED MOTION TO SEAL DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

On this _____ day of _____, 2000, came on to be considered Defendants' Unopposed Motion for Leave to File Defendants' Unopposed Motion to Seal Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment. Having considered same, the Court is of the opinion that the Motion should be and hereby is GRANTED.

Therefore, it is ORDERED as follows:

1. ORDERED that Defendants' Unopposed Motion to Seal Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment be filed in this civil action; and

2. The Clerk shall mail a copy of this Order to all counsel of record.

Done at Corpus Christi, Texas this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

45437:913296.1:030900