UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL - 3 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § § | 58. |
| VS. | § | C.A. NO. C-99-199 |
| THE MARKAM GROUP, INC., P.S., and MARK KAMITOMO | § § § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE JOINT PRE-TRIAL ORDER

The Court hereby grants Plaintiff's Unopposed Motion to Extend the Deadline to File Joint Pre-Trial Order. The Court will set a new deadline for filing the Joint Pre-Trial Order after the Court rules on Defendants' motion for continuance.

SIGNED this 25 day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

1