IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL - 3 2000

60.  Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

**ORDER GRANTING DISCOVERY EXTENSION
AND RESCHEDULING TRIAL DATE**

On this _29_ day of _June_, 2000, came on to be considered Defendants The Markam Group, Inc., P.S. and Mark D. Kamitomo's Unopposed First Supplemental Motion to Extend Discovery Deadline and Reschedule Trial. After considering the motion, the court finds that said motion should be GRANTED. It is hereby,

ORDERED, ADJUDGED and DECREED that the discovery deadline of January 31, 2000 be extended ~~to~~ _to dates established upon the appearance of Moz Ghilalou._ ~~(90 days from entry of this order)~~ and that trial be rescheduled ~~to the ____ day of _____, 2000~~

SIGNED on this _29_ day of _June_, 2000.

_____
UNITED STATES DISTRICT JUDGE