UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 13 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § § | |
| VS. | § § | C.A. NO. C-99-199 |
| THE MARKAM GROUP, INC., P.S., and MARK KAMITOMO | § § | |

PLAINTIFF'S REPLY TO DEFENDANTS'
FIRST AMENDED COUNTERCLAIM

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, Wyatt & Wyatt, files its reply to the first amended counterclaim of Defendant Mark Kamitomo.

1.  Counterclaim ¶ 1.1: Admit.

2   Counterclaim ¶ 1.2: Admit.

3.  Counterclaim ¶ 1.3: Plaintiff is without knowledge or information sufficient to form a belief as to the truth of these averments.

4.  Counterclaim ¶ 2.1: Admit that the Court has jurisdiction over the counterclaim if the Court has removal jurisdiction over this case.

5.  Counterclaim ¶ 3.1: Deny that the Rodriguezes had the right to fire "their lawyers" at any time; otherwise, admit.

6.  Counterclaim ¶ 3.2: Plaintiff is without knowledge or information sufficient to form a belief as to the truth of these averments.

7. Counterclaim ¶ 3.3: Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the averments concerning what Kamitomo advised Glidden of; otherwise, deny.

8. Counterclaim ¶ 3.4: Deny.

9. Counterclaim ¶ 3.5: Admit that Plaintiff entered into an agreement with the Rodriguezes; Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the averments concerning what Kamitomo may have known; otherwise, deny.

10. Counterclaim ¶ 3.6: Deny.

11. Counterclaim ¶ 3.7: Deny.

12. In addition or in the alternative, although Plaintiff denies any attempt to remove Kamitomo as one of the Rodriguezes' attorneys, if such conduct had occurred, such conduct would have been privileged.

13. In addition or in the alternative, Defendant's claims are barred by the two-year statute of limitations.

14. For these reasons, Plaintiff requests that the Court render judgment that Defendant take nothing on his counterclaim and award Plaintiff its court costs and all other proper relief.

2

Respectfully submitted,

*Cliff Gordon by permission of*

_____
VAN HUSEMAN
Admission No. 1167
State Bar No. 10323500
Attorney-in-Charge for Wyatt & Wyatt
Huseman & Pletcher
600 Leopard Street, Suite 2100
Corpus Christi, Texas  78473
(361) 883-3563    FAX (361) 883-0210

### CERTIFICATE OF SERVICE

A true copy of the foregoing document was this 13th day of July, 2000, mailed via certified mail, return receipt requested, to the following:

Mr. Keith N. Uhles
ROYSTON, RAYZOR, VICKERY & WILLIAMS
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509

*Cliff Gordon*

_____
VAN HUSEMAN

3