AO 441 (Rev.5/85) Third Party Summons In a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

**PLAINTIFF**

WYATT & WYATT, P.C.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

THE MARKAM GROUP INC., P.S.
AND MARK D. KAMITOMO

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER C-99-199

V. THIRD PARTY DEFENDANT

MARY GLIDDEN

TO: (Name and address of Third Party Defendant)
MARY GLIDDEN
111 CATALDO, SUITE 200
SPOKANE, WASHINGTON 99202

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| VAN HUSEMAN<br>CLIFF GORDON<br>WHITE, HUSEMAN & PLETCHER<br>600 LEOPARD ST., SUITE 2100<br>CORPUS CHRISTI, TEXAS | KEITH N UHLES<br>EWING E. SIKES<br>55 COVE CIRCLE<br>P.O. BOX 3509<br>BROWNSVILLE, TEXAS 78521 |

an answer to the third-party complaint which is herewith served upon you within **30** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless*(1) this is a case within Rule 9 (h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14 (c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL N. MILBY, CLERK
CLERK

DATE July 18, 2000

(By) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

CAC-99-199

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE 7-27-00 |
|---|---|
| NAME OF SERVER Mark Loflin | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 111 W. Cataldo, #20, Spokane WA

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $20.00 | SERVICES $24.00 | TOTAL $44.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-27-00
Date

*Signature of Server* Mark Loflin

421 W. Riverside Ave., Ste. 1007, Spokane WA
*Address of Server*

United States District Court
Southern District of Texas
FILED

AUG - 8 2000

Michael N. Milby, Clerk

62

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.