| SOUTHERN DISTRICT OF TEXAS | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Wyatt & Wyatt, P.C.        §
                           §
versus                     §   CIVIL ACTION NO. <u>CA-C-99-199</u>
                           §
The Markam Group, Inc. P.S., et al.   §

United States District Court
Southern District of Texas
FILED

AUG 28 2000

MICHAEL N. MILBY CLERK

### CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed your <u>Third-Party Defendant Mary Glidden's Rule 12 Motion to Dismiss and in the Alternative Original Answer to Defendant's First Amended Counterclaim</u>; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. ____    Document is not signed. (LR11.1)

2. ____    Document is not signed by, or by permission of, attorney in charge (LR11.3)

3. _x_     Document does not furnish required attorney information. (LR11.3.A (1) though (6) (No Southern District of Texas Bar Number (LR11.3.A. (4))

4. ____    No certificate of service or explanation why service is not required. (LR5.4)

5. ____    Motion does not comply as follows:

   a. ____    No certificate of consultation (LR7.1D)

   b. ____    No certificate of service of motion. (LR5.6)

6. ____    Other: _____

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see LR10.1) as well as a certificate of service to all opposing counsel.

Date: <u>August 28, 2000</u>
re: D.E. #63/dp

*(signature)*
UNITED STATES DEPUTY CLERK