

# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

WYATT & WYATT PC

V.                       CASE NUMBER:   CA-C-99-199

THE MARKAM GROUP INC. PS, ET AL

## NOTICE TO APPEAR

TO:  F. Van Huseman
       Keith N. Uhles
       Steven Craig Daniell

United States District Court
Southern District of Texas
FILED

SEP 2 8 2000

Michael N. Milby
Clerk of Court

**YOU ARE ORDERED TO APPEAR** <u>Thursday, November 30, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

TO ATTEND THE FOLLOWING PROCEEDING:

Scheduling Conference

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy: <u>Judith F. Alvarez</u>

Date: <u>September 28, 2000</u>