IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 1 9 2000
68. Michael N. Milby, Clerk of Court

| | |
|---|---|
| WYATT & WYATT, P.C. | § § |
| VS. | § § CIVIL ACTION NO. C-99-199 |
| THE MARKAM GROUP, INC., P.S. AND MARK D. KAMITOMO | § § § |

## ORDER OF DISMISSAL OF
## THIRD-PARTY DEFENDANT, MARY GLIDDEN

**ON THIS DAY** came to be considered the Motion of Third-party Defendant, Mary Glidden to Dismiss. The Court takes note that Third-party Plaintiff, Mark D. Kamitomo has filed a statement that he no longer desires to prosecute the Third-party claim against Mary Glidden. As a result, after considering said motion, all pleadings on file, and the applicable law, it is the opinion of the court that said motion should be granted. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that all claims and causes against Third-party Defendant, Mary Glidden are dismissed, without prejudice with all costs to be borne by the party incurring the same.

**DONE AND ENTERED** this _17_ day of _October_, 2000 at Corpus Christi, Texas.

_____
HON. HAYDEN HEAD
UNITED STATES DISTRICT JUDGE

45437:936966.1:091800