United States District Court
Southern District of Texas
FILED

**NOV 28 2000**

Michael N. Milby, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | C.A. NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S., ET AL | § | |

## MOTION TO SUBSTITUTE
## ATTORNEY AT SCHEDULING CONFERENCE

1.    Movant, Van Huseman, requests the Court's permission to substitute Cliff Gordon, of Huseman & Pletcher, as attorney for Plaintiffs at the scheduling conference set for Thursday, November 30, 2000 at 1:15 p.m. Cliff Gordon is fully acquainted with the case and is prepared to proceed as counsel for Plaintiffs.

2.    Said substitution is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Movant, Van Huseman, prays the Court to enter an order substituting Cliff Gordon as attorney for Plaintiffs at the scheduling conference on Thursday, November 30, 2000.

Respectfully submitted,

VAN HUSEMAN
Admission No. 1167
State Bar No. 10323500
Attorney-in-Charge for Wyatt & Wyatt
Huseman & Pletcher
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
(361) 883-3563    FAX (361) 883-0210

## CERTIFICATE OF CONSULTATION

Counsel for Plaintiffs has consulted with Keith N. Uhles, Counsel for Defendants, concerning the relief requested in this motion and Mr. Uhles has no objection.

VAN HUSEMAN

## CERTIFICATE OF SERVICE

A true copy of the foregoing document was this 28th day of November, 2000, mailed via certified mail, return receipt requested and via fax transmittal, to the following:

Mr. Keith N. Uhles
Mr. Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509

VAN HUSEMAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

WYATT & WYATT, P.C.                    §
                                       §
VS.                                    §          C.A. NO. C-99-199
                                       §
THE MARKAM GROUP, INC., P.S., ET AL    §

## ORDER SUBSTITUTING ATTORNEY
## AT SCHEDULING CONFERENCE

On this day came on to be considered the Motion of Van Huseman to substitute Cliff Gordon as counsel for Plaintiffs at the scheduling conference set for Thursday, November 30, 2000 at 1:15 p.m., and the Court, after considering same, is of the opinion that the motion should be granted.

It is therefore, ORDERED, ADJUDGED and DECREED that Cliff Gordon be substituted as attorney for Plaintiffs in the stead of Van Huseman at the scheduling conference on November 30, 2000.

Signed this the _____ day of _____, 2000.


_____
JUDGE PRESIDING