CIVIL ACTION NO.: C-99-199

WYATT & WYATT PC ) F. VAN HUSEMAN

United States District Court
Southern District of Texas
FILED

NOV 30 2000

VS.

THE MARKAM GROUP, INC., ) KEITH UHLES, ~~EWING EDBEN~~ MICHAEL N. MILBY, CLERK

PS, ET AL )

JUDGE PRESIDING: H. W. HEAD, JR.

COURTROOM CLERK: J. F. Alvarez   COURT RECORDER: Genay Rogan
LAW CLERK: Amy Kirsey   U. S. P. O.: —
U.S. MARSHAL: —   C.S.O.: T. Gallardo
INTERPRETER: —
DATE: Nov. 30, 2000   OPEN: 2:24 pm   ADJOURN: 2:32 pm
TAPE: 4/ 120 - 371

==========================================================================

Case called for SCHEDULING CONFERENCE. Appearances made. Discussion of the claim and attorney fees. Attorneys ask for stay so that they can wait on a verdict on underlying case from Court of Appeals. The Court will stay the case until April 1st, 2001. Parties are to advise the Court of a decision by Court of Appeals.

70