IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC - 7 2000

Michael N. Milby, Clerk of Court

71.

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S., and | § | |
| MARK KAMITOMO | § | |

## ORDER STAYING PROCEEDINGS

The Court stays proceedings in this matter until the underlying litigation is resolved, or until further order of the Court.

ORDERED this ___6___ day of ___December___, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE