United States District Court
~~Southern District~~ of Texas
FILED

JUN 01 2001

MICHAEL N. MILBY CLERK

SOUTHERN DISTRICT OF TEXAS

SOUTHERN DISTRICT OF TEXAS

Wyatt & Wyatt, P.C.  §
§
§   CIVIL ACTION NO. CA-C-99-199
§
The Markam Group, Inc., et. al.  §
§

## CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed the <u>Defendants' First Supplemental Motion to Transfer Venue</u>; however, it is deficient as checked. (LR refers to the Local Rules of this District.)

1. \_\_\_\_ Document is not signed. (LR11.1)

2. ✓ Document is not signed by, or by permission of, attorney in charge (LR11.3)

3. \_\_\_\_ Document does not furnish required attorney information. (LR11.3.A.(1) through (6).

4. \_\_\_\_ No certificate of service or explanation why service is not required. (LR5.4)

5. \_\_\_\_ Motion does not comply as follows:

   a. \_\_\_\_ No certificate of consultation (LR7.1D)

   b. \_\_\_\_ No certificate of service of motion. (LR5.6)

6. \_\_\_\_ Other:

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see LR10.1) as well as a certificate of service to all opposing counsel.

Date: 05/01/01
(re: D.E. #72)/smw

_____
UNITED STATES DEPUTY CLERK

clkntcdf.new
02/07/2000