IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Plaintiff, **Wyatt & Wyatt, P.C.** and Defendants, **The Markam Group, Inc., P.S. and Mark D. Kamitomo** and, announce to the Court that an agreement has been reached to compromise and settlement all causes of action asserted herein. Wyatt & Wyatt, P.C. agrees to dismiss all of its claims against The Markam Group, Inc., P.S. and Mark D. Kamitomo and The Markam Group, Inc., P.S. and Mark D. Kamitomo agree to dismiss all claims against Wyatt & Wyatt, P.C. and to pay $72,000.00 to Wyatt & Wyatt, P.C. Mark D. Kamitomo intends to pay the $72,000.00 out of the attorney fee portion of the settlement proceeds of Cause No. B-CV-96-177, Raquel O. Rodriguez, et al v. Riddell Sports, Inc., et al, currently pending in the Brownsville Division of the United States District Court for the Southern District of Texas to Wyatt & Wyatt, P.C. The settlement of the Rodriguez v. Riddell Sports, Inc. case is expected to be funded in August, 2001. In addition to the dismissal of claims, Wyatt & Wyatt, P.C. on the one hand and The Markam Group, Inc., P.S. and Mark D. Kamitomo on the other hand will execute a Mutual Release in which The Markam Group, Inc., P.S. and Mark D. Kamitomo will release all claims that they have or may have against Wyatt & Wyatt, P.C. and Wyatt & Wyatt, P.C. will release all claims that it has or may have against The Markam Group, Inc., P.S., Mark D. Kamitomo. Wyatt & Wyatt, P.C.

45437:972084.1:061801

further agrees that it will not pursue a claim or cause of action for attorney's fees or other damages against Riddell Sports, Inc., Riddell, Inc., All American Sports Corporation d/b/a Riddell/All American, Chris Hoodman, Raquel O. Rodriguez and Jose L. Rodriguez or any other source arising from or related to the representation of Raquel O. Rodriguez and Jose L. Rodriguez. Wyatt & Wyatt, P.C.'s claim for costs and expenses as attorneys pursuing litigation on behalf of Raquel O. Rodriguez and Jose L. Rodriguez will be presented for approval to the Court at the friendly suit hearing in Cause No. B-CV-96-177, <u>Raquel O. Rodriguez, et al v. Riddell Sports, Inc., et al</u>.

Respectfully submitted,

By: _/s/ Keith Uhles w/permission Abel Herrero_
Keith N. Uhles
Federal I. D. No. 1936
State Bar of Texas No. 20371100
Ewing E. Sikes, III
Federal I.D. No. 19534
State Bar of Texas No. 00794631
Attorneys for Defendants
**THE MARKAM GROUP, INC., P.S.**
**and MARK D. KAMITOMO**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Tel: (956) 542-4377; Fax: (956) 542-4370

HUSEMAN & PLETCHER
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
Tel: (361) 883-3563; Fax: (361) 883-0210

BY: _/s/ Van Huseman by permission by Cliff Gordon_
Van Huseman
Federal ID No .1167
Texas Bar No. 10323500