76

United States District Court
Southern District of Texas
ENTERED

JUN 2 6 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WYATT & WYATT, P.C. | § | 76. |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-199 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |

### ORDER TRANSFERRING VENUE

On the  25  day of  June , 2001, the Court having considered Defendants' First Supplemental Motion to Transfer Venue and finding that said motion should be granted; it is, therefore,

**ORDERED, ADJUDGED and DECREED** that Defendants' First Supplemental Motion to Transfer Venue be **GRANTED** and that suit be transferred to the **Brownsville Division of the Southern District of Texas**, contingent upon the acceptance of Judge Vela.

The Clerk shall send a copy of this Order to counsel for all parties.

DONE AND ENTERED this  25  day of  June , 2001.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:
Hon. Keith N. Uhles/Hon. Ewing E. Sikes, III
Hon. Van Huseman/Hon. Cliff Gordon

*If the underlying matter is not settled, or there is no approval of it or settlement of C 99-199, this case C99-199 should be Refeared here for trial.*

**TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By** _____
**Deputy Clerk**

```
                                                              TRANSF CLOSED
                    U.S. District Court
              TXS - Southern District of Texas (Corpus Chris)

                CIVIL DOCKET FOR CASE #: 99-CV-199


yatt & Wyatt PC v. Markam Group Inc PS, et al         Filed: 05/26/99
signed to: Judge Hayden W. Head Jr
mand: $0,000                                  Nature of Suit: 190
ad Docket: None                               Jurisdiction: Diversity
kt # in Co Court at Law #3 : is 98-61621-3

ause: 28:1332 Diversity-Breach of Contract


YATT & WYATT PC                     F Van Huseman
     plaintiff                      361-883-0210
                                    [COR LD NTC]
                                    Huseman & Pletcher
                                    600 Leopard
                                    Ste 2100
                                    Corpus Christi, TX 78473-2707
                                    361-883-3563



     v.


HE MARKAM GROUP INC PS              Keith N Uhles
     defendant                      956-542-4370 fax
                                    [COR LD NTC]
                                    Royston Rayzor et al
                                    P O Box 3509
                                    Brownsville, TX 78523-3509
                                    956-542-4377

                                    Ewing Edben Sikes, III
                                    956-542-4370 fax
                                    [COR]
                                    Royston Rayzor et al
                                    55 Cove Circle
                                    Brownsville, TX 78521-3509
                                    956-542-4377



ARK D KAMITOMO                      Keith N Uhles
     defendant                      (See above)
                                    [COR LD NTC]

                                    Ewing Edben Sikes, III
                                    (See above)
                                    [COR]
```

**TRUE COPY I CERTIFY**
**ATTEST:**
**MICHAEL N. MILBY, Clerk**
By _[signature]_
        Deputy Clerk

ocket as of June 26, 2001 9:58 am                           Page 1

roceedings include all events.                                                              TRANSF
:99cv199 Wyatt & Wyatt PC v. Markam Group Inc PS, et al                                     CLOSED

--------------------------

ARY GLIDDEN                                  Steven Craig Daniell
    third-party defendant        [term 10/17/00]
  [term 10/17/00]                    713-861-1791 fax
                                             [COR LD NTC]
                                             Attorney at Law
                                             120 E 13th St
                                             Houston, TX 77008-6933
                                             713-861-1746


========================


ARK D KAMITOMO                               Keith N Uhles
    counter-claimant             956-542-4370 fax
                                             [COR LD NTC]
                                             Royston Rayzor et al
                                             P O Box 3509
                                             Brownsville, TX 78523-3509
                                             956-542-4377

                                             Ewing Edben Sikes, III
                                             956-542-4370 fax
                                             [COR]
                                             Royston Rayzor et al
                                             55 Cove Circle
                                             Brownsville, TX 78521-3509
                                             956-542-4377

  v.


YATT & WYATT PC                              F Van Huseman
    counter-defendant            361-883-0210
                                             [COR LD NTC]
                                             Huseman & Pletcher
                                             600 Leopard
                                             Ste 2100
                                             Corpus Christi, TX 78473-2707
                                             361-883-3563


ocket as of June 26, 2001 9:58 am                                  Page 2

```
oceedings include all events.                          TRANSF
99cv199 Wyatt & Wyatt PC v. Markam Group Inc PS, et al  CLOSED

/26/99   1       NOTICE OF REMOVAL; filed    FILING FEE $ 150.00  RECEIPT #
                 221228 (maf) [Entry date 05/27/99]

/26/99   2       ANSWER to Complaint by Markam Group Inc PS, Mark D Kamitomo
                 (Added attorney ), filed. (maf) [Entry date 05/27/99]

/27/99   3       ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES
                 set initial pretrial and scheduling conference for 1:15
                 7/22/99 before Judge Janis Graham Jack , entered; Parties
                 notified. () (maf)

/28/99   4       NOTICE OF TRANSFER ( to Judge Hayden W. Head Jr. )
                 agreement between the Judges, filed. Parties notified. (sw)
                 [Entry date 06/02/99]

/10/99   5       CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES by Markam
                 Group Inc PS, Mark D Kamitomo , filed. (dp)
                 [Entry date 06/14/99]

/24/99   6       CERTIFICATE OF INTERESTED PARTIES by Wyatt & Wyatt PC  ,
                 filed. (dp)

/24/99   8       ORDER for Conference and Disclosure of Interested Parties
                 set scheduling conference for 1:15 7/20/99 before Judge
                 Hayden W. Head Jr. , entered; Parties notified. (sw)
                 [Entry date 06/28/99]

/25/99   7       MOTION to remand by Wyatt & Wyatt PC F Van Huseman for
                 plaintiff Wyatt & Wyatt PC, Motion Docket Date 7/15/99
                 [7-1] motion , filed. (sw)

/9/99    9       MOTION to transfer venue by Markam Group Inc PS, Mark D
                 Kamitomo Keith N Uhles for defendant Mark D Kamitomo,
                 Motion Docket Date 7/29/99 [9-1] motion , filed. (dp)
                 [Entry date 07/12/99]

/9/99    10      CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES by Markam
                 Group Inc PS, Mark D Kamitomo , filed. (dp)
                 [Entry date 07/12/99]

12/99    11      JOINT REPORT OF MEETING AND JOINT DISCOVERY/Case Management
                 Plan by Wyatt & Wyatt PC, Markam Group Inc PS, Mark D
                 Kamitomo , filed. (dp) [Entry date 07/13/99]

12/99    12      NOTICE of Initial Disclosure by Wyatt & Wyatt PC  , filed
                 (dp) [Entry date 07/13/99]

14/99    13      RESPONSE by Markam Group Inc PS, Mark D Kamitomo  to [7-1]
                 motion to remand , filed. (dp) [Entry date 07/15/99]

29/99    14      RESPONSE by Wyatt & Wyatt PC  to [9-1] motion to transfer
                 venue , filed. (dp)
```

roceedings include all events.
:99cv199 Wyatt & Wyatt PC v. Markam Group Inc PS, et al

TRANSF
CLOSED

| | | |
|---|---|---|
| /2/99 | 15 | ORDER re: Notice of Intention to Strike Pleading , entered; Parties notified. ( signed by Judge Hayden W. Head Jr. ) "Defts, the Markham Group, Inc., P.S. and Mark D. Kamitomo's Response to Pltff's Motion to Remand: filed on 7/14/99, will be struck for deficiencies unless correction occurs within seven (7) days. (maf) [Entry date 08/03/99] |
| /6/99 | -- | Received proposed ORDER DENYNG PLAINTIFF'S MOTION TO REMAND & forwarded same to case mgr jfa (maf) |
| /21/99 | 16 | ORDER denying [7-1] motion to remand , entered; Parties notified. ( signed by Judge Hayden W. Head Jr. ) (dp) [Entry date 08/24/99] |
| /17/99 | 17 | ORDER denying [9-1] motion to transfer venue , entered; The parties are ordered to mediate their disputes within 30 days. A representative of each party with full authority to settle the case, in addition to counsel, shall be present at the mediation. Parties notified. ( signed by Judge Hayden W. Head Jr. ) (dp) [Entry date 09/20/99] |
| )/15/99 | 18 | UNOPPOSED MOTION to reconsider the court's previous [17-1] order to mediate by Markam Group Inc PS, Mark D Kamitomo Keith N Uhles for defendant Mark D Kamitomo, Motion Docket Date 11/4/99 [18-1] motion , filed. (dp) [Entry date 10/19/99] |
| )/26/99 | 19 | ORDER partially granting [18-1] motion to reconsider the court's previous [17-1] order to mediate , entered; Parties notified. ( signed by Judge Hayden W. Head Jr. ) (dp) [Entry date 10/27/99] |
| /8/99 | 20 | NOTICE TO APPEAR: reset scheduling conference for 1:15 1/10/00 before Judge Hayden W. Head Jr. , filed. (dp) [Entry date 11/09/99] [Edit date 11/09/99] |
| /15/99 | 21 | Designation of experts by Markam Group Inc PS, Mark D Kamitomo filed. (dp) [Entry date 11/16/99] |
| /16/99 | 22 | Designation of Experts and Production of Report by Wyatt & Wyatt PC filed. (dp) [Entry date 11/17/99] |
| /15/99 | 23 | UNOPPOSED MOTION for leave to file amended complaint by Wyatt & Wyatt PC F Van Huseman for plaintiff Wyatt & Wyatt PC, Motion Docket Date [23-1] motion , filed. (dp) [Entry date 12/16/99] |
| /15/99 | 24 | FIRST AMENDED COMPLAINT by Wyatt & Wyatt PC , filed. (dp) [Entry date 12/16/99] |
| /15/99 | 25 | UNOPPOSED MOTION for leave to file counterclaim by Markam Group Inc PS, Mark D Kamitomo Keith N Uhles for defendant Mark D Kamitomo, Motion Docket Date , filed. (dp) [Entry date 12/16/99] |

oceedings include all events.                                TRANSF
99cv199 Wyatt & Wyatt PC v. Markam Group Inc PS, et al       CLOSED

| | | |
|---|---|---|
| 7/00 | 26 | ORDER granting [23-1] motion for leave to file amended complaint , entered; Parties notified. ( signed by Judge Hayden W. Head Jr. ) (dp) |
| 7/00 | 27 | ORDER granting [25-1] motion for leave to file counterclaim , entered; Parties notified. ( signed by Judge Hayden W. Head Jr. ) (dp) |
| 7/00 | 28 | COUNTERCLAIM by Mark D Kamitomo against Wyatt & Wyatt PC , filed. (dp) |
| 10/00 | 29 | Scheduling conference held before Judge Hayden W. Head Jr. Ct Reporter: Genay Rogan Tape Number: 3/1366-1564. Case called. Appearances made. Parties advise mediation is set for next week. Pltff asks for abatement until the underlying case is resolved. Parties advise they would like to have the dates on Scheduling Order signed. The Court signs SO to keep case on track. SO signed. Adjourned. (dp) [Entry date 01/11/00] |
| 10/00 | 30 | SCHEDULING ORDER setting Amending of pleadings 12/15/99 ; Joining of parties 8/23/99 ; Pltf expert witness list submitted by 11/15/99 ; Deft expert witness list submitted by 11/15/99 ; Discovery cutoff 1/31/00 ; Deadline for filing all dispositive motions 1/31/00 ; Pretrial order to be submitted on or before 3:00 5/8/00 ; Docket call deadline 1:15 5/18/00 ; Jury Trial deadline 9:00 5/22/00 before Judge Hayden W. Head Jr. , entered. Parties notified. ( Signed by Judge Hayden W. Head Jr. ) (dp) [Entry date 01/11/00] [Edit date 01/11/00] |
| 31/00 | 31 | MOTION for leave to file defendants' motion to seal certain court records by Markam Group Inc PS, Mark D Kamitomo Keith N Uhles for counter-claimant Mark D Kamitomo, Motion Docket Date 2/20/00 [31-1] motion , filed. Motion filed "under seal" and placed in vault. NOT IMAGED. (dp) [Entry date 02/01/00] [Edit date 07/03/00] |
| 31/00 | 32 | MOTION to seal certain court records by Markam Group Inc PS, Mark D Kamitomo Keith N Uhles for counter-claimant Mark D Kamitomo, Motion Docket Date 2/20/00 [32-1] motion , filed. Motion filed, "under seal" and placed in vault. NOT IMAGED. (dp) [Entry date 02/01/00] [Edit date 07/03/00] |
| 31/00 | 33 | MOTION with memorandum in support and statement of undisputed facts for summary judgment by Markam Group Inc PS, Mark D Kamitomo, Motion Docket Date 2/20/00 [33-1] motion , filed. Motion filed, "under seal" and placed in vault. NOT IMAGED. (dp) [Entry date 02/01/00] [Edit date 07/03/00] |

roceedings include all events.
:99cv199 Wyatt & Wyatt PC v. Markam Group Inc PS, et al                    TRANSF
                                                                           CLOSED

/31/00    34    MOTION for leave to file unopposed motion to extend
                discovery deadline & reschedule trial by Markam Group Inc
                PS, Mark D Kamitomo Keith N Uhles for counter-claimant Mark
                D Kamitomo, Motion Docket Date 2/20/00 [34-1] motion ,
                filed. (dp) [Entry date 02/01/00]

/31/00    35    UNOPPOSED MOTION to extend discovery deadline, and to
                extend time to reschedule trial by Markam Group Inc PS,
                Mark D Kamitomo Keith N Uhles for counter-claimant Mark D
                Kamitomo, Motion Docket Date motion, [35-2] motion ,
                filed. (dp) [Entry date 02/01/00]

/22/00    36    RESPONSE by Wyatt & Wyatt PC to [33-1] motion for summary
                judgment , filed. Pleading filed "under seal." NOT IMAGED.
                (dp) [Entry date 02/25/00] [Edit date 02/25/00]

/22/00    37    MOTION for leave to join Mary Glidden in Counterclaim by
                Mark D Kamitomo Keith N Uhles for counter-claimant Mark D
                Kamitomo, Motion Docket Date 3/13/00 [37-1] motion ,
                filed. (dp) [Entry date 02/25/00]

/22/00    38    MOTION to join Mary Glidden to Counterclaim by Mark D
                Kamitomo Keith N Uhles for counter-claimant Mark D
                Kamitomo, Motion Docket Date 3/13/00 [38-1] motion ,
                filed. (dp) [Entry date 02/25/00]

/29/00    39    UNOPPOSED MOTION for leave to file defendant's first
                amended counterclaim by Mark D Kamitomo Keith N Uhles for
                counter-claimant Mark D Kamitomo, Motion Docket Date ,
                filed. (dp) [Entry date 03/01/00]

'6/00     40    Amended Certificate of Consultation for Defendants' Motion
                to Seal Certain Court Records and Defendant/Counter
                Claimant's Motion to Join Mary Glidden in Countercaliam
                against Wyatt & Wyatt by Markam Group Inc PS, Mark D
                Kamitomo , filed (dp) [Entry date 03/07/00]

'10/00    41    MOTION for leave to file Defendants' Unopposed Motion to
                Seal Defendants' Reply to Plaintiff's Response to Motion
                for Summary Judgment by Markam Group Inc PS, Mark D
                Kamitomo Ewing Edben Sikes III for counter-claimant Mark D
                Kamitomo, Motion Docket Date 3/30/00 [41-1] motion ,
                filed. (sw) [Entry date 03/13/00]

10/00     42     SEALED MOTION   , filed. Located in vault. (sw)
                [Entry date 03/13/00] [Edit date 07/03/00]

10/00     43    SEALED DOCUMENT, filed. Located in vault. (sw)
                [Entry date 03/13/00] [Edit date 07/03/00]

5/00      44    UNOPPOSED MOTION to extend deadline to file Joint
                Pre-Trial Order by Wyatt & Wyatt PC F Van Huseman for
                counter-defendant Wyatt & Wyatt PC, Motion Docket , filed.
                (dp) [Entry date 05/08/00]

```
roceedings include all events.                              TRANSF
:99cv199 Wyatt & Wyatt PC v. Markam Group Inc PS, et al     CLOSED

/5/00    45    UNOPPOSED MOTION for leave to file Unopposed First
               Supplemental Motion to Extend Discovery Deadline &
               Reschedule Trial by Markam Group Inc PS, Mark D Kamitomo
               Keith N Uhles for counter-claimant Mark D Kamitomo, Motion
               Docket Date motion , filed. (dp) [Entry date 05/08/00]

/5/00    46    UNOPPOSED FIRST SUPPLEMENTAL MOTION to extend discovery
               deadline and to reschedule trial by Markam Group Inc PS,
               Mark D Kamitomo Keith N Uhles for counter-claimant Mark D
               Motion Docket Date , filed. (dp) [Entry date 05/08/00]

/22/00   47    NOTICE of Hearing:   reset final pretrial conference for
               1:15 8/3/00 before Judge Hayden W. Head Jr, reset jury
               selection for 9:00 8/21/00 before Judge Hayden W. Head Jr,
                reset trial for 9:00 8/21/00 before Judge Hayden W. Head
               Jr, filed. (dp) [Entry date 05/23/00]

/29/00   48    ORDER granting [32-1] motion to seal certain court records
               , entered; Parties notified. ( signed by Judge Hayden W.
               Head Jr ) Order "filed under seal" and placed in vault. NOT
               IMAGED. (dp) [Entry date 07/03/00]

/29/00   49    ORDER  granting [31-1] motion for leave to file defendants'
               motion to seal certain court records , entered; Parties
               notified. ( signed by Judge Hayden W. Head Jr ) (dp)
               [Entry date 07/03/00]

/29/00   50    ORDER  denying [33-1] motion for summary judgment , entered;
                Parties notified. ( signed by Judge Hayden W. Head Jr ) (dp)
               [Entry date 07/03/00]

'29/00   51    ORDER granting [34-1] motion for leave to file unopposed
               motion to extend discovery deadline & reschedule trial ,
               entered; Parties notified. ( signed by Judge Hayden W. Head
               Jr ) (dp) [Entry date 07/03/00]

'29/00   52    ORDER granting [37-1] motion for leave to join Mary Glidden
               in Counterclaim , entered; Parties notified. ( signed by
               Judge Hayden W. Head Jr ) (dp) [Entry date 07/03/00]

29/00    53    ORDER granting [38-1] motion to join Mary Glidden to
               Counterclaim , entered; Parties notified. Copy to Mary
               Glidden. ( signed by Judge Hayden W. Head Jr ) (dp)
               [Entry date 07/03/00]

29/00    54    ORDER granting [39-1] motion for leave to file defendant's
               first amended counterclaim , entered; Parties notified. (
               signed by Judge Hayden W. Head Jr ) (dp)
               [Entry date 07/03/00]

29/00    55    FIRST AMENDED COUNTERCLAIM by Mark D Kamitomo against Wyatt
               & Wyatt PC : amending [28-1] counter claim , filed. (dp)
               [Entry date 07/03/00]
```

oceedings include all events.                                           TRANSF
99cv199 Wyatt & Wyatt PC v. Markam Group Inc PS, et al                  CLOSED

| Date | # | Entry |
|---|---|---|
| 29/00 | 56 | ORDER granting [41-1] motion for leave to file Defendants' Unopposed Motion to Seal Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment , entered; Parties notified. ( signed by Judge Hayden W. Head Jr ) (dp) [Entry date 07/03/00] |
| 29/00 | 57 | ORDER granting [42-1] motion SEALED MOTION , entered; Parties notified. ( signed by Judge Hayden W. Head Jr ) Order "filed under seal" and placed in vault. NOT IMAGED. (dp) [Entry date 07/03/00] |
| 29/00 | 58 | ORDER granting [44-1] motion to extend deadline to file Joint Pre-Trial Order , entered; Parties notified. ( signed by Judge Hayden W. Head Jr ) (dp) [Entry date 07/03/00] |
| 29/00 | 59 | ORDER granting [45-1] motion for leave to file Unopposed First Supplemental Motion to Extend Discovery Deadline & Reschedule Trial , entered; Parties notified. ( signed by Judge Hayden W. Head Jr ) (dp) [Entry date 07/03/00] |
| 29/00 | 60 | ORDER granting [46-1] motion to extend discovery deadline and to reschedule trial , entered; The discovery deadline of 1/31/00 will be extended to dates established upon the appearance of Mary Glidden. Parties notified. ( signed by Judge Hayden W. Head Jr ) (dp) [Entry date 07/03/00] |
| 13/00 | 61 | REPLY to [55-1] amended claim by Wyatt & Wyatt PC , filed. (dp) [Entry date 07/14/00] |
| 18/00 | -- | SUMMONS issued for Mary Glidden (sw) |
| 3/00 | 62 | RETURN OF SERVICE executed as to Mary Glidden 7/27/00 filed Answer due on 8/16/00 for Mary Glidden (maf) [Entry date 08/09/00] |
| 8/00 | 63 | MOTION to dismiss by Mary Glidden, Motion Docket Date 9/17/00 [63-1] motion , filed. Rec'd for filing from Houston Clerk's Office on 9/1/00. (dp) [Entry date 09/01/00] [Edit date 09/01/00] |
| 8/00 | 64 | CLERK'S NOTICE of Deficient Pleading ( [63-1] counterclaim answer, [63-1] motion to dismiss ) as to Mary Glidden , filed. Compliance due by 9/2/00 (dp) [Entry date 09/01/00] |
| /00 | 63 | ANSWER by Mary Glidden to [55-1] amended claim , filed. Rec'd for filing from Houston Clerk's Office on 9/1/00. (dp) [Edit date 09/01/00] |
| /00 | 65 | MOTION to dismiss by Mary Glidden, Motion Docket Date 9/25/00 [65-1] motion , filed. (dp) [Entry date 09/06/00] |
| /00 | 65 | ORIGINAL ANSWER by Mary Glidden to first amended counterclaim: [55-1] amended claim , filed. (dp) |

```
oceedings include all events.                                    TRANSF
99cv199 Wyatt & Wyatt PC v. Markam Group Inc PS, et al           CLOSED
```

|  |  |  |
|---|---|---|
|  |  | [Entry date 09/06/00] |
| /18/00 | 66 | Statement of Non-Prosecution and Agreement to Dismissal, Without Prejudice by Mark D Kamitomo , filed (dp) [Entry date 09/20/00] |
| /28/00 | 67 | NOTICE TO APPEAR: set scheduling conference for 1:15 11/30/00 before Judge Hayden W. Head Jr , filed. (dp) [Entry date 09/29/00] |
| )/17/00 | 68 | ORDER OF DISMISSAL OF THIRD-PARTY DEFENDANT, MARY GLIDDEN granting [65-1] motion to dismiss terminating [63-1] motion to dismiss , entered; Parties notified. ( signed by Judge Hayden W. Head Jr ) (dp) [Entry date 10/19/00] |
| /28/00 | 69 | MOTION to substitute attorney Cliff Gordon in place of Van Huseman at scheduling conference, Motion Docket Date 12/18/00 [69-1] motion , filed. (dp) [Entry date 11/29/00] |
| /30/00 | 70 | Scheduling conference held before Judge Hayden W. Head Jr Ct Reporter: Genay Rogan Tape Number: 4/120-371. Case called. Apppearances made. Discussion of the claim and attorneys fees. Attorneys ask for stay so that they can wait on a verdict on underlying case from Court of Appeals. The Court will stay the case until 4/1/01. Parties are to advise the Court of a decision by Court of Appeals. (dp) [Entry date 12/01/00] |
| /6/00 | 71 | ORDER STAYING PROCEEDINGS , entered; The Court stays proceedings in this matter until the underlying litigation is resolved, or until further order of the court. Parties notified. ( signed by Judge Hayden W. Head Jr ) (dp) [Entry date 12/07/00] |
| 30/01 | 72 | MOTION to transfer case to Brownsville Division by Markam Group Inc PS, Mark D Kamitomo Ewing Edben Sikes III for counter-claimant Mark D Kamitomo, Motion Docket Date 6/19/01 [72-1] motion , filed. (sw) [Entry date 06/01/01] |
| 1/01 | 73 | CLERK'S NOTICE of Deficient Pleading ( [72-1] motion to transfer case to Brownsville Division ) as to Markam Group Inc PS, Mark D Kamitomo , filed. Compliance due by 6/6/01 (dp) |
| 6/01 | 74 | FIRST SUPPLEMENT to [72-1] motion to transfer case to Brownsville Division by Markam Group Inc PS, Mark D Kamitomo , filed. (dp) |
| 18/01 | 75 | NOTICE OF SETTLEMENT by Wyatt & Wyatt PC, Markam Group Inc PS, Mark D Kamitomo , filed (sw) [Entry date 06/21/01] |

```
cket as of June 26, 2001 9:58 am                              Page 9
```

ClibPDF - www.fastio.com

oceedings include all events.                                              TRANSF
99cv199 Wyatt & Wyatt PC v. Markam Group Inc PS, et al                     CLOSED

25/01   76      ORDER granting [72-1] motion to transfer case to
                Brownsville Division , entered; The suit shall be
                transferred to the Brownsville Division of the Southern
                District of Texas, contingent upon the acceptance of Judge
                Vela. If the underlying matter is not settled, or there is
                no approval of it or settlement of C-99-199, this case
                C-99-199 should be returned here for trial. Parties
                notified. ( signed by Judge Hayden W. Head Jr ) (dp)
                [Entry date 06/26/01]

26/01   --      Intradistrict transfer to Brownville Division. Mailed
                certified copy of transfer order [76-1], current docket and
                originals of DE #1-#75 via cm/rrr. (dp)

ket as of June 26, 2001 9:58 am                              Page 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1133 N. Shoreline Blvd., Rm. 208
Corpus Christi, TX 78401

MICHAEL N. MILBY
CLERK OF COURT

United States District Court
Southern District of Texas
RECEIVED
JUN 27 2001
Michael N. Milby, Clerk of Court
@ 10:03 am

June 26, 2001

Clerk, U.S. District Court
Southern District of Texas
Brownsville Division
P.O. Box 2299
Brownsville, TX 78522

RE: Civil Action C-99-199
Wyatt & Wyatt, P.C. v
The Markan Group, Inc.,
et al.

Dear Sir:

Enclosed is a certified copy of an order entered on June 26, 2001 transferring the above captioned case to your division.

We are transmitting the entire original case file along with a certified copy of the docket sheet.

Please acknowledge receipt of the enclosures by executing the receipt below and returning a copy to us in the enclosed envelope.

Sincerely,

Michael N. Milby, Clerk

By: _____
    Deputy

cc: Counsel of Record

RECEIVED AND FILED UNDER CIVIL ACTION NO. B-01-114

on 6-27-01.

CLERK, U.S. DISTRICT COURT

By: _____
    Deputy