United States District Court
Southern District of Texas
**ENTERED**
SEP 13 2001

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WYATT & WYATT P.C., | § | |
| Petitioners, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-114 |
| | § | |
| THE MARKAM GROUP, INC., P.S. | § | |
| AND MARK D. KAMITOMO | § | |
| Defendants. | § | |

## ORDER TO CLOSE CASE

In the above mentioned case a SETTLEMENT has been reached and APPROVED by this Court. Having all parties reached a settlement it is the opinion of this Court that this case should be CLOSED.

It is therefore ORDERED, ADJUDGED, and DECREED that this case is **CLOSED**.

It is further ORDERED that the Clerk send a copy of this Order to all attorneys of record.

SIGNED on this the 12th day of September, 2001, in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge